NO. CAAP-12-0000113

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CIVIL NO. 09-1-1932

CYNTHIA M. CHARLES, also known as CYNTHIA MICHELLE RUZANSKI;
et al., Plaintiff-Appellants
v.
HASEKO HOMES INC., a Hawaii corporation; HASEKO CONSTRUCTION
INC., a Hawaii corporation, Defendants-Appellees

----------------------------

CIVIL NO. 09-1-2697

MARVIN ALVAREZ; et al., Plaintiffs-Appellants
v.
HASEKO HOMES, INC., a Hawaii Corporation,
et al., Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT

ORDER FOR DISMISSAL OF APPEAL PURSUANT TO HRAP 42(b)
(By: Fujise, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the "Joint Stipulation, Motion,
and Notice for Dismissal of Appeal Pursuant to [Hawai'i Rules of
Appellate Procedure (HRAP) Rule] 42(b)" filed by the parties on
September 30, 2015, and the record and files in this case,

IT IS HEREBY ORDERED that the parties' joint request to
dismiss the appeal is granted, and the appeal is dismissed

pursuant to HRAP Rule 42(b).  Each party shall bear their own appellate attorneys' fees and costs.

DATED: Honolulu, Hawaii, October 9, 2015.

Presiding Judge

Associate Judge

Associate Judge